DOWD, J.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| The Huntington National Bank, ) | |
| ) | CASE NO.     5:09 CV 2468 |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | JUDGMENT ENTRY |
| United States of America, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

For the reasons set forth in the Memorandum Opinion filed contemporaneously herewith, it is hereby ordered that The Huntington National Bank's Motion for Preliminary Injunction (ECF 3) is sustained pursuant to 26 U.S.C. § 7426(b).  Pending the Court's final decision on the priority of the federal tax liens at issue in this case, the defendant United States of America is prohibited from enforcing any levy, and from selling or transferring any property, relative to (i) a certain stock investment account known as the Richard Varner Collateral Loan Account ("Stock Account") maintained by the defendant UBS Financial Services, Inc. ("UBS"), and (ii) a certain life insurance policy insuring the life of Rick W. Varner ("Life Insurance Policy") maintained by the defendant The Hartford Life Insurance Company ("Hartford").

IT IS SO ORDERED.

 April 6, 2010                             *s/ David D. Dowd, Jr.*
Date                                           David D. Dowd, Jr.
                                                     U.S. District Judge